**GreenbergTraurig**

Jeffrey B. Sklaroff
Tel (212) 801-9227
Fax (212) 801-6400
sklaroffj@gtlaw.com

September 10, 2010

Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: U.S. v. Michael Metter
    Case No. 10-CR-600 (ARR)

Dear Judge Ross:

We represent Michael Metter in the above-referenced action. Pursuant to the Order Setting Conditions of Release and Bond dated May 5, 2010, Mr. Metter's bail is secured by a $2,000,000 bond, with his wife as a co-signer and his home as collateral. In addition, Mr. Metter's travel is restricted to Connecticut and the Southern and Eastern Districts of New York.

We hereby respectfully request that the Court modify these travel restrictions to permit Mr. Metter to travel for business purposes to Las Vegas from September 28, 2010 through October 2, 2010. Prior to the indictment in this case, Mr. Metter's bail conditions were modified by Magistrate Judge Ramon Reyes, Jr. to permit him to travel to Lancaster, PA on May 15 and 16, 2010 and to Las Vegas and San Diego from July 30 through August 7, 2010. I have discussed this present request with Assistant United States Attorney Jeffrey Goldberg and he has no objection to the request.

If this request is acceptable to the Court, we would ask that you issue a memo endorsement of this letter.

Respectfully submitted,

Jeffrey B. Sklaroff

JBS/jef
cc: Jeffrey Goldberg, Esq.
    Assistant United States Attorney
    (by e-mail)

*[Handwritten endorsement: Granted. So ordered. s/ ARR, USDJ, 9/14/10. cc: Counsel, Pre-trial Services]*



GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400