WES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| - against - | 10 CR 600 (ARR) |
| MICHAEL METTER and STEVEN MOSKOWITZ, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - -X

      Please take notice that in addition to Jeffrey A. Goldberg, Esq., the United States is represented in the above-captioned case by Assistant United States Attorney William E. Schaeffer.  The address for service of process for Mr. Schaeffer is:

        United States Attorney's Office
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201-1820
        Tel: (718) 254-6059
        Fax: (718) 254-7499
        Email: William.Schaeffer@usdoj.gov

The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are also sent to Mr. Schaeffer.

Dated:    Brooklyn, New York
          September 20, 2010

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York

                            By:    _____/s/_____
                                    William E. Schaeffer
                                    Assistant U.S. Attorney
                                    (718) 254-6059

cc:  Clerk of the Court (ARR) (by ECF)
     Defense Counsel (by ECF)