

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017

Khardeen I. Shillingford, Esq.
Direct Dial: 212-471-6208
kshillingford@hinshawlaw.com

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

February 3, 2011

**VIA ECF AND FIRST CLASS MAIL**
Hon. Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   *Re: USA v. Steven Moskowitz, et al., 10-cr-600 (DLI)*

Dear Judge Irizarry:

  We represent Michael Metter in the above-referenced matter and write to request a temporary modification of his bail conditions so as to permit him to travel to Las Vegas, Nevada on business from February 23, 2011 to February 28, 2011. Specifically, Mr. Metter will be meeting with his business manager for Business Talk Radio, a Connecticut radio station owned by Mr. Metter, as well as attending additional meetings with various advertisers.

  Assistant United States Attorney William Schaeffer and United States Pre-Trial Services Technician Erin Rodriguez have each consented to this application.

  Thank you for your consideration.

           Respectfully,

           HINSHAW & CULBERTSON LLP

           */s/Khardeen I. Shillingford*
           Khardeen I. Shillingford (KS-6886)

KIS:lc
cc: AUSA William Schaeffer
   USPST Erin Rodriguez