## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before:** Dora L. Irizarry, U.S.D.J.    Date: **11/22/2010**    Time in Court: **1:07**

**Docket Number:** **10-CR-600**

| | |
|---|---|
| Deft 1: **Michael Metter** (on bond) | Attorney: **Maranda Fritz** (Retained) |
| Deft 2: **Steven Moskowitz** (on bond) | Attorney: **Mark Baker** (Retained) |
| Deft. 3: **Andrew Tepfer** (on bond) | Attorney: **Avraham Moskowitz** (Retained) |
| Deft. 4: **Seymour Eisenberg** (on bond) | Attorney: **John C. Meringolo** (Retained) |
| Deft. 5: **George Speranza** (on bond) | Attorney: **Richard Rosenberg** (CJA) |
| Deft. 6: **Thomas Cavanagh** (on bond) | Attorney: **James Sherwood & Bennette Kramer** (Retained) |
| Deft. 7: **Frank Nicolois** (on bond) | Attorney: **Paul Batista** (Retained) by **Ronald G. Russo** |

A.U.S.A.:    **William Schaeffer**

Court Reporter: **Victoria Butler**    Deputy Clerk: **Christy Carosella**

- Case previously designate complex.
- Status conference held.
- Mr. Batista is engaged on trial in SDNY; his request to appear at this conference was denied; Mr. Russo appears on his behalf. The Court directs counsel to notify chambers of potential schedule conflicts in advance.
- Discovery issues addressed vis-à-vis the government's letter of Jan. 25, 2011.
- Court directs SEC to file a status report with respect to privileged documents that were seized and not disclosed to either the government or defense counsel; report shall describe the item and note the privilege that applies.
- By Feb. 12, 2011, defense counsel shall provide government with a filter list of attorneys and law firms relevant to discovery.
- Government shall provide defense counsel with seizure inventory today.
- Status report on discovery due from government and defense, either jointly or separately – if separately, Ms. Fritz shall write on behalf of all defendants – due February 28, 2011.
- Defendant Cavanagh's request for leave to file severance motion is granted. Defendant Speranza may also file severance motion. Government may respond to all severance motions joinly; Court will likely rule on all simultaneously.
- Defendant Metter's travel request is granted.
- Defendant Eisenberg's request to remove electronic monitoring is denied.
- Next status conference: **APRIL 8, 2011 AT 10:00 AM**.
- Time excluded (complexity) between today and April 8, 2011.