UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL METTER, STEVEN MOSKOWITZ, ANDREW TEPFER, also known as "Avi," SEYMOUR EISENBERG, also known as "Jimmy, " GEORGE SPERANZA, THOMAS CAVANAGH, and FRANK NICOLOIS,<br><br>Defendants. | Index No.: 1:10-cr-0600-DLI<br><br>NOTICE OF MOTION TO DISMISS BASED ON LACK OF VENUE |

**PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Maranda Fritz and the accompanying Memorandum of Law, Defendant Michael Metter will move this Court, before the Honorable Dora Irizarry, for an Order pursuant to Federal Rules of Criminal Procedure 12 (b), 7(c) and Rule 18 dismissing the Superseding Indictment, together with such other and further relief as the Court deems just and equitable; and

**TAKE FURTHER NOTICE** that any opposition to the motion shall be served via ECF on or before June 15, 2011.

DATED:    New York, New York    HINSHAW & CULBERTSON LLP
                May 25, 2011

                        By:    *s/Maranda E. Fritz*
                                Maranda E. Fritz
                                780 Third Avenue
                                4th Floor
                                New York, NY 10017
                                212-471-6200

                                *Attorneys for Defendant Michael Metter*