UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL METTER, STEVEN MOSKOWITZ, ANDREW TEPFER, also known as "Avi," SEYMOUR EISENBERG, also known as "Jimmy, " GEORGE SPERANZA, THOMAS CAVANAGH, and FRANK NICOLOIS,<br><br>Defendants. | **Index No.: 1:10-cr-0600-DLI**<br><br>**NOTICE OF MOTION TO SUPPRESS SEIZED PROPERTY** |

**PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Maranda Fritz, Affidavit of Michael Metter, and the accompanying Memorandum of Law, Defendants Michael Metter and Andrew Tepfer will move this Court, before Hon. Dora Irizarry, for an Order pursuant to Federal Rule of Criminal Procedure 41, suppressing property seized from offices of Spongetech Delivery Systems.  Defendant Metter further moves for suppression of property seized from his home, and from an internet service provider, together with such other and further relief as the Court deems just and equitable; and

**TAKE FURTHER NOTICE** that any opposition to the motion shall be served via ECF on or before June 15, 2011.

DATED: New York, New York
    May 25, 2011

         HINSHAW & CULBERTSON LLP


       By: *s/Maranda E. Fritz*
         Maranda E. Fritz
         780 Third Avenue
         4th Floor
         New York, NY 10017
         212-471-6200

         *Attorneys for Defendant Michael Metter*

       By: *s/Andrew Tepfer*
         Avraham C. Moskowitz
         Moskowitz & Book, LLP
         345 Seventh Avenue
         21st Floor
         New York, NY 10001
         212-221-7999
         Fax: 212-398-8835
         Email: amoskowitz@mb-llp.com

         *Attorneys for Defendant Andrew Tepfer*