UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

================================== X

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

MICHAEL METTER, STEVEN MOSKOWITZ, ANDREW TEPFER, also known as "Avi," SEYMOUR EISENBERG, also known as "Jimmy," GEORGE SPERANZA, THOMAS CAVANAGH, and FRANK NICOLOIS,

    Defendants.

================================== X

Index No.: 1:10-CR-0600-DLI

**AFFIRMATION OF MICHAEL METTER IN SUPPORT OF MOTION TO SUPPRESS SEIZED PROPERTY**

MICHAEL METTER, being duly sworn, deposes and says:

1. I understand that the government has obtained all of the records relating to my email account with the address greenwich4@aol.com.. That email account is one that I have used for more than ten years, and that I use for communications with my family, friends and colleagues, and for personal matters. It also includes my email communications relating to the operations of BusinessTalkRadio, of which I have served as President since 2002.

2. The government also seized from my home a total of four hard drives including one MacBook laptop computer. The MacBook was kept in the kitchen of the home and was used by me and by other members of my family. One of the Dell computers was kept in an office in the lower level of my home, and was used primarily by me for personal and business matters. Another Dell computer was in my wife's home office on the second level of the home, and was used almost exclusively by her.

3. The government also seized various stock certificates of BusinessTalkRadio.net, including ones that I was holding for others including Len Moscati and Philip Casesa, and my employment agreement with BusinessTalkRadio.

4. Finally, the government seized a total of approximately $27,000 in cash, most of which I had begun to accumulate, after I was diagnosed with cancer, for my family to have in case of emergency. In addition, there were more than $2000 for household use, and currency that was part of a collection that was given to me by my grandfather.

Dated: May 25, 2011

_____
Michael Metter

Sworn to before me this  25
day of May 2011

Flor P. Sanchez

FLOR P SANCHEZ
Notary Public, State of Connecticut
My Commission Expires Apr. 30, 2015

2

130103608v1  0916527  74387