

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:NR
F.#2010R00609

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2012

BY HAND DELIVERY and ECF

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Michael Metter, et al.,
           Docket Number 10-CR-600 (DLI)

Dear Judge Irizarry:

      The government writes to respectfully request an adjournment of the status conference in the above-captioned matter. The conference is currently scheduled for May 23, 2012. The government requests the additional time so that it may more fully consider the Memorandum and Order issued by the Court on May 17, 2012.

      The government requests that the conference be re-scheduled for a date convenient to the Court during the week of June 11 or June 18, 2012. Defense counsel has indicated that the defendant does not object to the government's request, although defense counsel is not available on either June 13 or June 20, 2012.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney

             By:     /s/
                        Nathan Reilly
                        Assistant U.S. Attorney
                        (718) 254-6196

cc:  Maranda Fritz, Esq. (via e-mail)
     Clerk of the Court (DLI) (via ECF)